FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 APR 21 AM 9:59

# United States District Court

**DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA

V.

Eric Lamont Davis
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 05-78M

Upon motion of the **Government**, it is ORDERED that a **Preliminary and Detention Hearing** is set for _Apr/27, 2005_ * at _9:00 A.M._
                                                          Date                      Time

before __Honorable Mary Pat Thynge, U.S. Magistrate Judge__
                          Name of Judicial Officer

__Courtroom #6317, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware__
                          Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                               Other Custodial Official

and produced for the hearing.

_4/21/05_
Date

_[signature]_
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.