IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | **REDACTED** |
| | : | |
| v. | : | Criminal Action No. 05- 54 |
| | : | |
| ERIC DAVIS, | : | |
| | : | |
| Defendant. | : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about April 20, 2005, Eric Davis, defendant herein, did knowingly possess with intent to distribute more than one hundred (100) grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and 2.

### COUNT II

On or about April 20, 2005, Eric Davis, defendant herein, did knowingly conspire with "M.P.," an unindicted co-conspirator, to possess with intent to distribute more than one hundred (100) grams of a mixture and substance containing a detectable amount of heroin, a Schedule I

/ /

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and 846.

**TRUE BILL:**

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
April M. Byrd
Assistant United States Attorney

Dated: May 24, 2005

-2-