UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
                            )   CASE NO. CR 05-54 KAJ
    vs.                     )
                            )
   Eric Davis               )
                            )
        Defendant.          )

**ORDER**

The defendant, upon entering a plea of not guilty to the Indictment on *June 2, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *June 30, 2005*. The time between the date of this order and *June 30, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

FILED
JUN - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney