IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 05-54-KAJ |
| ERIC DAVIS, | ) ) ) |
| Defendant. | ) ) |

### ORDER

WHEREAS, Defendant Eric Davis has filed a motion to suppress evidence;

IT IS HEREBY ORDERED this 29th day of July, 2005, that a hearing on Defendant's motion is scheduled for August 24, 2005, at 2:00 p.m., in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE