IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05-54-KAJ |
| ERIC DAVIS, | ) |
| Defendant. | ) |

### ORDER

WHEREAS, the Government has requested a continuance of the evidentiary hearing due to the illness of a witness, and counsel for the defendant having no objection thereto,

IT IS HEREBY ORDERED this 23rd day of August, 2005, that the evidentiary hearing presently scheduled for August 24, 2005, at 2:00 p.m., is hereby rescheduled to September 6, 2005, at 9:30 a.m., in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE