IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-54-KAJ |
| ) | |
| ERIC DAVIS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, the Government and counsel for defendant have made a joint request for a further continuance of the evidentiary hearing due to the discovery of additional evidence,

IT IS HEREBY ORDERED this 26th day of August, 2005, that the evidentiary hearing presently scheduled for September 6, 2005, at 9:30 a.m., is hereby rescheduled to October 4, 2005, at 9:00 a.m., in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE