IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-54-KAJ |
| ) | |
| ERIC LAMONT DAVIS ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO EXTEND TIME TO FILE MEMORANDA**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Ferris W. Wharton, Assistant United States Attorney, and the defendant, Eric Lamont Davis, by and through his attorney, Christopher S. Koyste, Esquire, with the consent of the Court, hereby stipulate and agree as follows with respect to defendant's Motion to Suppress:

1. The opening memorandum of the defendant in support of his Motion to Suppress shall be filed by November 29, 2005.

2. The answering memorandum of the United States shall be filed by December 13, 2005.

3. The reply memorandum of the defendant shall be filed by December 20, 2005.

4. No changes to this Order shall be made without the Court's approval.

**So stipulated this 25th day of October, 2005.**

|  |  |
|---|---|
|   /s/ Christopher S. Koyste        | COLM F. CONNOLLY |
| Christopher S. Koyste, Esquire (ID #3107) | United States Attorney |
| Assistant Federal Public Defender | BY:   /s/ Ferris W. Wharton           |
| 704 King Street, Suite 110 | Ferris W. Wharton (ID #945) |
| Wilmington, Delaware 19801 | Assistant United States Attorney |
|  | 1007 Orange Street, Suite 700 |
|  | Wilmington, Delaware  19899 |

**SO ORDERED this _____ day of_____, 2005

_____
Kent A. Jordan
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                                                ) | |
|                        Plaintiff,                     ) | |
|                                                                ) | |
|            v.                                              ) | Criminal Action No. 05-54-KAJ |
|                                                                ) | |
| ERIC LAMONT DAVIS                       ) | |
|                                                                ) | |
|                        Defendant.                  ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on October 25, 2005, I electronically filed:

**STIPULATION TO EXTEND TIME TO FILE MEMORANDA**

with the Clerk of Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Christopher S. Koyste, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801

    /s/ Jennifer Brown
Jennifer Brown