UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.: 05-54-KAJ |
| | ) | |
| ERIC DAVIS, | ) | |
| | ) | |
| Defendant, | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDA**

Defendant, Eric Davis, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order enlarging the time for the filing of Defendant's Reply Memoranda by 10 days. Counsel submits the following in support thereof:

1. The Government filed an Answering Memoranda on December 13, 2005. Defendant's Reply Memoranda is due on December 20, 2005. The Defense asserts that the issues in this case are complex and require additional time to complete needed research.

2. The Defense believes that a 10 day enlargement of time will allow sufficient time to complete the Reply Memoranda. This is the first continuance request in relation to the Reply Memoranda.

3. AUSA, Ferris Wharton, does not oppose this request for a 10 day enlargement of time. Furthermore, Counsel has spoke to Mr. Davis who also desires said enlargement of time.

**WHEREFORE**, Mr. Davis respectfully requests the Court to order that Defendant's Reply Memoranda be due on December 30, 2005.

Respectfully Submitted,

/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Eric Davis

DATED: December 16, 2005

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this Motion for Enlargement of Time to File Reply Memoranda is available for public viewing and downloading and was electronically delivered on December 16, 2005 to:

Ferris Wharton, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

   /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Eric Davis