UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.: 05-54-KAJ |
| | ) | |
| ERIC DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having considered Defendant's Motion for Enlargement of Time to File Reply Memoranda,

**IT IS HEREBY ORDERED** this _____ day of December, 2005, that Defendant's Motion for a 10 day enlargement of time is **GRANTED** and that Defendant's Reply Memoranda is due on December 30, 2005.

 

Judge Kent A. Jordan
United States District Court

cc:   AUSA Ferris Wharton
      AFPD Christopher Koyste