IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 05-54-KAJ |
| ERIC DAVIS, | ) ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this 2nd day of February, 2006,

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **February 8, 2006 at 10:00 a.m.**, in Chambers, Rm. 6325, 6th Floor, Boggs Federal Building, Wilmington. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

UNITED STATES DISTRICT JUDGE