IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,	)	<br>	)	<br>	Plaintiff,	)	<br>	)	<br>v.	)	Criminal Action No. 05-54-KAJ<br>	)	<br>ERIC DAVIS,	)	<br>	)	<br>	Defendant.	)	| |

## SCHEDULING ORDER

The above named defendant having entered a plea of not guilty to the charges pending in this case, and it therefore being necessary to bring the case promptly to trial, and the Court having met with counsel, IT IS HEREBY ORDERED that:

1.  The Court will hold a pretrial conference in chambers on **May 10, 2006 at 4:30 p.m.** Counsel for the parties shall consult in an attempt to agree upon appropriate jury instructions and special voir dire questions for the jury panel. No later than **one week prior to the pretrial conference**, counsel for the government shall submit an agreed upon set of jury instructions which also reflects any areas of disagreement between the parties, with supporting authorities and objections. The same submission should contain any proposed special voir dire of the jury panel. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains a copy of the proposed jury instructions and proposed special voir dire. Any motions *in limine* shall be submitted with opening briefs on or before March 22, 2006; answering briefs shall be filed on or before April 5, 2006; and reply briefs shall be filed on or before April 12, 2006.

3. Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea, except a plea to all counts of the indictment or information, shall be noticed on or before the date of the pretrial conference.

4. A two day Jury Trial is scheduled to commence on **May 16, 2006,** beginning at 9:30 a.m. in Courtroom 6A on the 6th floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel shall arrive in the courtroom at **9:15 a.m.**, so that the Court may address any remaining pretrial issues. Except for the first day of trial, trial shall commence each day at 9:00 a.m.

5. Pursuant to 18 U.S.C. § 3161(h)(8)(A), and based on the facts presented by the parties, the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial, and, therefore, the time between this Order and the date of trial shall be excluded in the calculation of any speedy trial deadline.

_____
UNITED STATES DISTRICT JUDGE

DATE: February 8, 2006
Wilmington, Delaware