IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-54-KAJ |
| ) | |
| ERIC DAVIS, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney Ferris W. Wharton as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

                                          COLM F. CONNOLLY
                                          United States Attorney

                                          By:
                                          Edmond Falgowski
                                          Assistant United States Attorney
                                          Nemours Building, #700
                                          P.O. Box 2046
                                          Wilmington, Delaware 19899-2046
                                          edmond.falgowski@usdoj.gov

Dated: 4-10-06

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-54-KAJ |
| ) | |
| ERIC DAVIS, ) | |
| ) | |
| Defendant. ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on April 10, 2006, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Christopher Koyste, Esquire
Ecf_ck@msn.com

*Sharon L. Bernardo*