IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-54-KAJ |
| ) | |
| ERIC DAVIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

WHEREAS, the Court has scheduled trial to commence on May 16, 2006; and

WHEREAS, the parties have made a joint request for a continuance pending the execution of a Memorandum of Plea Agreement entered into by the defendant and the U.S. Attorney's Office for the Eastern District of Virginia; and

WHEREAS, it is a condition of the that guilty plea that the U.S. Attorney's Office for the District of Delaware will file a motion to dismiss the indictment in the District of Delaware; and

WHEREAS, under the Speedy Trial Act the parties waive the relevant period of delay,

**IT IS ORDERED** this 10th day of May, 2006, that the trial scheduled for May 16, 2006, is continued; and

**IT IS FURTHER ORDERED** that the parties will provide the Court with monthly status reports commencing no later than 30 days from the date of this Order; and

**IT IS FURTHER ORDERED,** pursuant to 18 U.S.C. § 3161(h)(1)(I) and (h)(8)(A), the delay resulting from this Order is excludable in computing the time within which the defendant's trial must be commenced under the Speedy Trial Act.

_____
Honorable Kent A. Jordan
United States District Court