

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

June 9, 2006

Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    Re:  **United States v. Eric Davis,**
           **Criminal Action No. 05-54-KAJ**

Dear Judge Jordan:

    This letter is submitted as a status report regarding the guilty plea which the defendant is to enter in the Eastern District of Virginia.

    The AUSA from the Eastern District of Virginia reports that in that district the federal public defender has been appointed to represent the defendant and the AUSA has contacted the Court to request the scheduling of the guilty plea. No date has yet been scheduled, and the defendant has not yet been transferred to that district. The AUSA assures that she is working on getting the plea entered.

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

                              BY:    /S/
                                    Edmond Falgowski
                                    Assistant United States Attorney

EF:taj

pc: Christopher Koyste, Esquire