

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  
*1007 Orange Street, Suite 700*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*  
*FAX (302) 573-6220*

July 13, 2006

Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware   19801

    Re:  **United States v. Eric Davis**
          **Criminal Action No. 05-54-KAJ**

Dear Judge Jordan:

    This letter is submitted as a second status report regarding the guilty plea which the defendant is to enter in the Eastern District of Virginia.

    The U.S. Attorney's Office for the Eastern District of Virginia advises that the U.S. Marshal has transported the defendant to that district where he is scheduled to enter his guilty plea on July 19, 2006.

    I will submit another status report to the Court the first week in August.

                                                  Respectfully,

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                          By: _____
                                                 Edmond Falgowski
                                                 Assistant United States Attorney

pc:    Christopher Koyste, Esquire

EF:slb