

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

August 7, 2006

Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

    Re:  **United States v. Eric Davis**
           <u>**Criminal Action No. 05-54-KAJ**</u>

Dear Judge Jordan:

    This letter is submitted as the third, 30-day status report in this matter.

    The U. S. Attorney's Office for the Eastern District of Virginia reports that the defendant entered his guilty plea in that district on July 19, 2006, and is scheduled to be sentenced on October 23, 2006.

    Upon the defendant's sentencing in the Eastern District of Virginia, my office will file a motion to dismiss the indictment in this district.

                                           Respectfully,

                                           COLM F. CONNOLLY
                                           United States Attorney

                              BY:   /S/
                                   Edmond Falgowski
                                   Assistant United States Attorney

pc:  Christopher Koyste, Esquire