IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-54-KAJ |
| | ) | |
| ERIC DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

COMES NOW the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment, pursuant to an agreement through which the defendant entered a guilty plea in the Eastern District of Virginia to possession of a firearm by a felon, and was sentenced on October 23, 2006.

COLM F. CONNOLLY
United States Attorney

By: /s/ Edmond Falgowski
Edmond Falgowski
Assistant United States Attorney

Dated: 10-24-06

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
Honorable Kent A. Jordan
United States District Court

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 05-54-KAJ |
| | ) |
| ERIC DAVIS, | ) |

I, Sharon Bernardo, employee with the United States Attorney for the District of Delaware, hereby certify under penalty of perjury that on the 24th day of October, 2006, I electronically filed a **MOTION AND ORDER TO DISMISS** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

CHRISTOPHER KOYSTE, ESQUIRE
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
ecf_ck@msn.com

*Sharon L. Bernardo*