OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 13, 2007

**Christopher S. Koyste**
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

   RE:   USA v. Eric Davis
         CR 05-54 KAJ

Dear Counsel:

   I am returning to you, ~~Government's~~ *Defendant's* Trial Exhibits consisting of 1-Envelope regarding the above closed case. Please acknowledge receipt of said exhibits on the copy of this letter.

                                   Sincerely,

                                   **Peter T. Dalleo**
                                   Clerk of the Court

I hereby acknowledge receipt of the above exhibits on April 17, 2007

_____
Signature

/rc